United States District Court
Southern District of Texas

**ENTERED**

March 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, AND ALLSTATE COUNTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>WELLNESS PAIN & ASSOCIATES, INC., MIDTOWN SURGICAL GROUP CORP., AZOG, P.A., LAMONT RATCLIFF, JAMES MARK MCBATH, M.D., KELECHI AZUOGU, M.D., AND TAMARA WELSH, N.P.<br><br>Defendants. | Civil Action 4:24-cv-02091 |

## FINAL JUDGMENT

An Order of the Honorable Andrew S. Hanen, United States District Judge, having been filed on August 12, 2025; granting Plaintiffs' motion for default judgment and entry of final judgment against defendants, Wellness Pain & Associates, Inc. ("Wellness Pain"), Midtown Surgical Group Corp. ("Midtown Surgical"), Lamont Ratcliff ("Ratcliff"), James Mark McBath, M.D. ("McBath"), Azog, P.A. ("Azog"), Kelechi Azuogu, M.D. ("Azuogu"), and Tamara Welsh, N.P. ("Welsh") (collectively, "Defendants"), with liability and damages as set forth in the Order.

ORDERED and ADJUDGED that Plaintiffs' motion for default judgment against the Defendants is GRANTED with liability and damages to be entered and awarded as set forth in the Order, and that Plaintiffs are awarded damages in the amounts summarized as follows:

1

| Count | Cause of Action | Defendants | Actual Damages | Trebled Damages |
|---|---|---|---|---|
| Count I | Violation of 18 U.S.C. § 1962(c) Wellness Pain Enterprise | Against Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., Tamara Welsh, N.P., Midtown Surgical Group Corp., and Azog, P.A. | $666,256.10 | $1,998,768.30 |
| Count II | Violation of 18 U.S.C. § 1962(d) Wellness Pain Enterprise | Against Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., Tamara Welsh, N.P., Midtown Surgical Group Corp., and Azog, P.A. | $666,256.10 | $1,998,768.30 |
| Count III | Violation of 18 U.S.C. § 1962(c) Midtown Surgical Enterprise | Against Lamont Ratcliff, James Mark McBath, M.D., and Wellness Pain & Associates, Inc. | $3,047.32 | $9,141.96 |
| Count IV | Violation of 18 U.S.C. § 1962(d) Midtown Surgical Enterprise | Against Lamont Ratcliff, James Mark McBath, M.D., and Wellness Pain & Associates, Inc. | $3,047.32 | $9,141.96 |
| Count V | Violation of 18 U.S.C. § 1962(c) Azog Enterprise | Against Lamont Ratcliff, Kelechi Azuogu, M.D., and Wellness Pain & Associates, Inc. | $666,256.10 | $1,998,768.30 |
| Count VI | Violation of 18 U.S.C. § 1962(d) Azog Enterprise | Against Lamont Ratcliff, Kelechi Azuogu, M.D., and Wellness Pain & Associates, Inc. | $666,256.10 | $1,998,768.30 |
| Count VII | Common Law Fraud | Against Wellness Pain & Associates, Inc., Midtown Surgical Group Corp., Azog, P.A., Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., and Tamara Welsh, N.P. | $669,303.42 | - |
| Count VIII | Civil Conspiracy to Commit Fraud | Against Wellness Pain & Associates, Inc., Midtown Surgical Group Corp., Azog, P.A., Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., and Tamara Welsh, N.P. | $669,303.42 | - |
| Count IX | Money Had and Received | Against Wellness Pain & Associates, Inc., Midtown Surgical Group Corp., Azog, P.A., Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., and Tamara Welsh, N.P. | $669,303.42 | - |
| Count X | Declaratory Relief Pursuant to 28 U.S.C. § 2201 | Against Wellness Pain & Associates, Inc. and Midtown Surgical Group Corp. | - | - |

2

ORDERED and ADJUDGED that Allstate's request for a declaratory judgment against Wellness Pain and Midtown Surgical is GRANTED and entered in favor of Allstate. It is hereby DECLARED that Wellness Pain and Midtown Surgical have no standing to submit or receive assigned benefits as they (1) billed for unlicensed services; (2) billed for forged and fraudulent medical reports and invoices; (3) billed for services not rendered; (4) obtained patients through illegal solicitation and unlawful referrals; and (5) billed for excessive and unnecessary treatment performed pursuant to a predetermined treatment protocol designed to inflate billing. Therefore, Allstate shall have no obligation to pay any claims submitted by or on behalf of Wellness Pain and Midtown Surgical or any of their agents.

ORDERED and ADJUDGED that the Defendants are jointly and severally liable as follows:

- For Counts I-II (RICO claims concerning Wellness Pain & Associates, Inc.) Wellness Pain & Associates, Inc., Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., Tamara Welsh, N.P., Midtown Surgical Group Corp., and Azog, P.A., are jointly and severally liable in the trebled amount of $1,998,768.30.

- For Counts III-IV (RICO claims concerning Midtown Surgical Group Corp.) Midtown Surgical Group Corp., Lamont Ratcliff, James Mark McBath, M.D., and Wellness Pain & Associates, Inc., are jointly and severally liable in the trebled amount of $9,141.96.

- For Counts V-VI (RICO claims concerning Azog, P.A.) Azog, P.A., Lamont Ratcliff, Kelechi Azuogu, M.D., and Wellness Pain & Associates, Inc., are jointly and severally liable.

- For Count VII (Common Law Fraud claims concerning All Defendants), Wellness Pain & Associates, Inc., Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., Tamara Welsh, N.P., Midtown Surgical Group Corp., and Azog, P.A., are liable.

- For Count VIII (Civil Conspiracy To Commit Fraud claims concerning All Defendants), Wellness Pain & Associates, Inc., Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., Tamara Welsh, N.P., Midtown Surgical Group Corp., and Azog, P.A., are liable.

3

- For Count IX (Money Had and Received claims concerning All Defendants), Wellness Pain & Associates, Inc., Lamont Ratcliff, James Mark McBath, M.D., Kelechi Azuogu, M.D., Tamara Welsh, N.P., Midtown Surgical Group Corp., and Azog, P.A., are liable.

- For Count X (Declaratory Relief claims), that Wellness Pain & Associates, Inc. and Midtown Surgical Group Corp., cannot bill or seek payment from Allstate for payment related to the fraudulent conduct detailed in the within Complaint and that Allstate has no obligation to pay pending and previously-denied insurance claims to Wellness Pain & Associates, Inc. and Midtown Surgical Group Corp.

WHEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that a Default Judgment should be entered against Wellness Pain & Associates, Inc., Midtown Surgical Group Corp., Lamont Ratcliff, James Mark McBath, M.D., Azog, P.A., Kelechi Azuogu, M.D., and Tamara Welsh, N.P. as to Counts I-VI (RICO), Count VII (Common Law Fraud), Count VIII (Civil Conspiracy to Commit Fraud), Count IX (Money Had and Received), and Count X (Declaratory Judgment) and in favor of Allstate for a total award of $2,007,910.26 as follows:

| Defendant | Counts | Actual Damages | Trebled Damages |
|---|---|---|---|
| Lamont Ratcliff | I-IX | $669,303.42 | $2,007,910.26 |
| James Mark McBath, M.D. | I-IV VII-IX | $669,303.42 | $2,007,910.26 |
| Kelechi Azuogu, M.D. | I-II V-IX | $666,256.10 | $1,998,768.30 |
| Tamara Welsh, N.P. | I-II VII-IX | $666,256.10 | $1,998,768.30 |
| Wellness Pain & Associates, Inc. | III-X | $669,303.42 | $2,007,910.26 |
| Midtown Surgical Group Corp. | I-II V-X | $666,256.10 | $1,998,768.30 |
| Azog, P.A. | I-II VII-IX | $666,256.10 | $1,998,768.30 |

4

SO ORDERED.

Andrew S. Hanen
United States District Judge

Date: 3/17/26